In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-071 CV


____________________



IN THE INTEREST OF Z.L.






On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-188647






MEMORANDUM OPINION (1)


 The appellant, Velma Lynch, filed a motion to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. 
The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered April 21, 2005 

Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.